THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WELLS FARO BANK NORTHWEST, N.A., in its capacity as Trustee of the Waste MGT (Seattle) CTL Pass-Through Trust U/D/T/ dated as of April 21, 2014,<br><br>Plaintiff,<br>v.<br><br>JONATHAN K. MARKOFF, an individual,<br><br>Defendant. | CASE NO. C17-1862-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend time for Defendant to answer Plaintiff's complaint (Dkt. No. 14). The Court hereby GRANTS the motion. Defendant must answer or otherwise reply to Plaintiff's complaint on or before May 2, 2018.

DATED this 2nd day of April 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk