THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK NORTHWEST, N.A., in its capacity as Trustee of the Waste MGT (Seattle) CTL Pass-Through Trust U/D/T/ dated as of April 21, 2014,<br><br>Plaintiff,<br>v.<br><br>JONATHON K. MARKOFF, an individual,<br><br>Defendant. | CASE NO. C17-1862-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to allow Plaintiff to file a Supplemental Complaint to reflect name change pursuant to Federal Rule of Civil Procedure 15(d) (Dkt. No. 21). The stipulated motion is GRANTED. Plaintiff shall file and serve a Supplemental Complaint reflecting Plaintiff's name change. Defendant's previously filed Answer shall be treated as its Answer to the Supplemental Complaint. No additional response to the Supplemental Complaint shall be permitted or required.

DATED this 16th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1862-JCC
PAGE - 2