THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, formerly known as WELLS FARGO BANK NORTHWEST, N.A., in its capacity as Trustee of the Waste MGT (Seattle) CTL Pass-Through Trust U/D/T dated as of April 21, 2014,<br><br>        Plaintiff,<br>    v.<br><br>JONATHAN K. MARKOFF, an individual,<br><br>        Defendant. | CASE NO. C17-1862-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date in this matter (Dkt. No. 41). Having thoroughly reviewed the motion and the relevant record, the Court GRANTS the motion. The trial date in this matter is hereby EXTENDED to Monday, June 17, 2019, at 9:30 A.M. The proposed pretrial order shall be filed no later than June 7, 2019. Trial briefs and proposed *voir dire* and jury instructions shall be filed no later than June 10, 2019. Counsel shall attend Courtroom Technology Training at least one month in advance of the trial date.

1     DATED this 21st day of February 2019.

2                                      William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1862-JCC
PAGE - 2