THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, formerly known as WELLS FARGO BANK NORTHWEST, N.A., in its capacity as Trustee of the Waste MGT (Seattle) CTL Pass-Through Trust U/D/T dated as of April 21, 2014,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN K. MARKOFF, an individual,<br><br>Defendant. | CASE NO. C17-1862-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation waiving right to jury trial and consenting to a bench trial (Dkt. No. 46). Having thoroughly considered the stipulation and relevant record, the Court GRANTS the stipulation and ORDERS that:

1. Trial in this case shall be a bench trial before the Court; and
2. The parties need not submit proposed *voir dire* and jury instructions in this case.

//

//

MINUTE ORDER
C17-1862-JCC
PAGE - 1

1       DATED this 3rd day of May 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C17-1862-JCC
PAGE - 2