THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO TRUST COMPANY, NATIONAL ASSOCIATION, formerly known as WELLS FARGO BANK NORTHWEST, N.A., in its capacity as Trustee of the Waste MGT (Seattle) CTL Pass-Through Trust U/D/T dated as of April 21, 2014,<br><br>Plaintiff,<br>v.<br><br>JONATHON K. MARKOFF, an individual,<br><br>Defendant. | CASE NO. C17-1862-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to dismiss the case (Dkt. No. 48). Pursuant to the parties' stipulation, the Court ORDERS as follows:

1. The case is DISMISSED without prejudice and with the parties bearing their own attorney fees and costs, except as provided for in the parties' settlement agreement;
2. The Court shall retain jurisdiction over this case for the limited purpose of enforcing the terms of the parties' settlement agreement; and
3. The Clerk is DIRECTED to close the case.

MINUTE ORDER
C17-1862-JCC
PAGE - 1

1     DATED this 30th day of May 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk